UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASSANDRA MOORE,
on behalf of R.T.B.,

    Plaintiff,

v.                        Case No. 4:24-cv-513-TKW-ZCB

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 17) and Plaintiff's objections (Doc. 18). The Court reviewed the issues raised in the objection de novo under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that the Social Security Commissioner's decision should be affirmed because it is supported by substantial evidence.

When the ALJ's decision is read as a whole (as it must be), it is apparent why the ALJ chose not to credit the testimony of Nurse Anderson—because, as the ALJ specifically stated, Nurse Anderson observations were inconsistent with the treatment records credited by the ALJ that reflected essentially unremarkable mental status examinations, etc. The fact that there might have been other evidence that

could have been (but was not) credited by the ALJ that might have been consistent with Nurse Anderson's opinion does not undermine the magistrate judge's conclusion that there was substantial evidence to support the ALJ's decision.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Social Security Commissioner's decision is AFFIRMED.

3. The Clerk shall enter judgment, stating: The Social Security Commissioner's decision is affirmed under sentence four of 42 U.S.C. §405(g).

4. The Clerk shall close the case file.

**DONE AND ORDERED** this 22nd day of December, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**